USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/20/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARTAGENA.,

                **Plaintiff,**

-against-

COMMISSIONER OF SOCIAL SECURITY,

                **Defendant.**

23-cv-04114 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the plaintiff's letter dated August 24, 2023. ECF No. 11. The Court will hold a telephonic conference in this action on **September 27, 2023 at 4:15 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660).**

    The Clerk of the Court is respectfully directed to mail this Order to the *pro se* plaintiff.

**SO ORDERED.**

Dated:    September 20, 2023
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**