USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/25/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARTAGENA.,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

23-cv-04114 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the Defendant's letter. ECF No. 13. The Court's scheduled telephonic conference on September 27, 2023 is hereby cancelled.

    The Clerk of the Court is respectfully directed to mail this Order to the *pro se* plaintiff.

**SO ORDERED.**

Dated:   September 25, 2023
            New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**