**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MELVA CARTAGENA,

                    Plaintiff,                    23 **CIVIL** 4114 (ALC)

      -v-                                     **JUDGMENT**

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 19, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and issuance of a new decision.

**Dated:**  New York, New York
          October 19, 2023

                                                                   **RUBY J. KRAJICK**
                                                                   **Clerk of Court**

                             **BY:**        _K. Mango_

                                                                      **Deputy Clerk**